**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NICOLE WILLIAMS and )<br>CHRIS BELTON, )<br>4509 South Capitol St., S.W., #101, )<br>Washington, D.C. 20032 )<br>     )<br>     Plaintiffs, )<br>     )<br>v.       ) (<br>     )<br>JOHN KING )<br>c/o Bolling Air Force Base, )<br>20 MacDill Blvd., Ste. 240 )<br>Bolling AFB, D.C. 20032 )<br>     Defendant. )<br>_____) | CASE NUMBER 1:06CV01029<br><br>JUDGE: James Robertson<br><br>DECK TYPE: Personal Injury/Malpractice<br><br>DATE STAMP: 06/05/2006 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 2679(d)(2). In support of that Notice, the Attorney General states as follows:

1. John King is a defendant in a civil action styled <u>Nicole Williams et al. v. John King</u>, now pending in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch, Civil Action No. 2006-SC-3-4619.

2. The Superior Court action was filed on or about May 16, 2006, a copy of the Complaint is attached as Gov. Exh. A. The action has not yet proceeded to trial.

3. At the time of the incident alleged in the Complaint, defendant was a civilian employee of the United States Air Force, working at Bolling Air Force Base ("BAFB"). <u>See</u> Gov. Exh. A.

4. On the basis of the Complaint and other available information, Mr. Rudolph Contreras, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. John King was acting within the scope of his office or employment at the time of the alleged incident. See Gov. Exh. B; 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Mr. King as the sole defendant in this action. In addition, the certification means that this action "shall be removed" to the District Court, pursuant to 28 U.S.C. § 2679(d)(2).

5. Moreover, Plaintiffs' claim is one for which the District Court has original jurisdiction because the suit is against an official of the United States government, for actions allegedly taken while acting within the scope of his office or employment. Therefore, removal is authorized under 28 U.S.C. § 1441(a).

WHEREFORE, the action now pending in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, is properly removed to this Court pursuant 28 U.S.C. § 1441 and 2679(d)(1).

Dated: June 5, 2006.                    Respectfully Submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant