# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
BLDG. B, 409 E STREET, N.W., ROOM 120 (Police Memorial Entrance)
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Forms 11    General

Plaintiff: Nicole Williams / Chris Belton
Address: 4509 South Capitol St. #1, Washington D.C. 20032

vs.

Defendant:
(1) John King c/o
(2) Joyce Yocum c/o
(3) _____

Phone No. _____    No. SC 2006 SC(3) 4619    ☐ Collection Case

## STATEMENT OF CLAIM

Vehicle accident in Washington D.C. on a government installation BAFB.

DISTRICT OF COLUMBIA, ss: Chris Belton, Nicole Williams being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Attorney for Plaintiff _____    Bar No. _____    Plaintiff (or agent): Belton

Subscribed and sworn to before me this 21 day of April, 2006

Deputy Clerk (or notary public)

**FILED APR 21 2006** — Clerk, Superior Court of the District of Columbia, Small Claims Branch

## NOTICE
**All parties must notify the court of any address changes.**

To:
(1) John King, 20 MacDill Blvd, Suite 248, Bolling AFB, D.C. 20032-xxxx
(2) John King c/o Joyce Yocum, Bolling AFB, 20 MacDill Blvd, Suite 248, Bolling AFB D.C. 20032-xxxx

You are hereby notified that Nicole Williams, Chris Belton has made a claim and is requesting judgment against you in the sum of Three thousand six-hundred dollars and thirteen cents ($3,600.13), as shown by the foregoing statement. The court will hold a hearing upon this claim on May 16, 2006

**06-1029 FILED JUN - 5 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

At 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N.W. (Police Memorial Entrance)

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Nancy M. Drake, Deputy Clerk
Small Claims and Conciliation Branch

5-15-06

GOVERNMENT EXHIBIT A

Atch 3