UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE WILLIAMS, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: _____ |
| ) | |
| JOHN KING, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Williams v. King</u>, No. SC-2006-SC(3)4619 (D.C. Sup. Crt. – Small Claim and Conciliation Branch May 16, 2006) and, on the basis of the information now available to me with respect to the incident alleged therein, I find that the named federal defendant – John King– was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

May 30, 2006.

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney
Chief, Civil Division

06 1029

FILED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

