SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
SMALL CLAIMS AND CONCILIATION BRANCH

| | |
|---|---|
| NICOLE WILLIAMS and<br>CHRIS BELTON,<br>4509 South Capitol St., S.W., #101,<br>Washington, D.C. 20032<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN KING<br>c/o Bolling Air Force Base,<br>20 MacDill Blvd., Ste. 240<br>Bolling AFB, D.C. 20032<br>    Defendant. | Civil Action No.: 2006-SC -3- 4619 |

**NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION**

TO: NICOLE WILLIAMS and
   CHRIS BELTON
   4509 South Capitol St., S.W., #101,
   Washington, D.C. 20032

PLEASE TAKE NOTICE that on June 5, 2006, Defendant filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court, Small Claims and Conciliation Branch, a Notice of Removal of the above-captioned action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, Small Claims and Conciliation Branch, "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: June 5, 2006.    Respectfully Submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, John C. Truong, hereby certify that on June 5, 2006, I caused to be served the foregoing **NOTICE OF FILING OF NOTICE REMOVAL OF A CIVIL ACTION** and **NOTICE OF REMOVAL OF A CIVIL ACTION** via First Class mail, with postage prepaid, to the *pro se* plaintiffs addressed as follows:

Nicole Williams and Chris Belton
4509 South Capitol St., S.W., #101
Washington, D.C. 20032

//s//
John C. Truong