UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLE WILLIAMS and <br> CHRIS BELTON, <br> <br> Plaintiffs, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.: 06-1029((JR) <br> <br> <br> ECF |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an extension of time from June 12, 2006, to August 12, 2006, to answer or otherwise respond to Plaintiffs' Complaint.  Pursuant to Local Rule 7(m), Defendant's counsel called Plaintiffs' last known telephone number and left a voicemail; however, as of the time of this filing, the undersigned has not heard back from Plaintiffs.  A scheduling order has not been entered in this case.  This is Defendant's first request for an extension of time.

There is good cause for the Court to grant this motion.  This case was originally filed in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch.  Plaintiffs seek $3,600.13 in damages as a result of a vehicle collision on Bolling Air Force Base.  See Small Claims Complaint (Dkt. No. 1).  The action was removed to the District Court on June 5, 2006, and the United States was substituted as the sole defendant.  See Notice of Removal (Dkt. No. 1).  Rule 81(c) of the Federal Rules of Civil Procedure mandates that a defendant answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the

initial pleading, or within five days after the filing of the petition for removal, whichever is longer.  Fed. R. Civ. P. 81(c).

Here, the deadline for Defendant to respond to Plaintiffs' Complaint is on June 12, 2006, five business days from the removal date.  See Fed. R. Civ. P. 81; Fed. R. Civ. P. 6(a) ("when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.").  Defendant requests a 60-day extension of time to respond to Plaintiff's Complaint.[1]  Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3).  Significantly, Defendant's counsel needs the additional time to resolve this case informally.  In fact, agency counsel attempted to but was not able to contact Plaintiffs by phone to resolve this case informally prior to removing the action to the District Court.  The undersigned intends to continue to reach out to Plaintiffs to resolve this case informally.

Accordingly, Defendant respectfully requests that the Court grant a 60-day extension of time for Defendant to respond to Plaintiffs' Complaint.


Dated: June 8, 2006.                              Respectfully Submitted,


                                                   /s/   Kenneth L. Wainstein
                                                  KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                  United States Attorney


                                                   /s/   Rudolph Contreras

---

[1] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. As such, Defendant does not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney


          /s/   John C. Truong
        JOHN C. TRUONG, D.C. BAR #465901
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 307-0406

        Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLE WILLIAMS and )<br>CHRIS BELTON, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　 )　Civil Action No.: 06-1029((JR)<br>　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )　　　ECF<br>　　　　　　Defendant. )<br>_____) | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR AN EXTENSION OF TIME**

　　　Upon consideration of Defendant's Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2006, it is

　　　ORDERED that Defendant's Motion for an Extension of Time be and is hereby

GRANTED; and it is

　　　FURTHER ORDERED that Defendant shall have up to and including August 12, 2006,

to respond to Plaintiffs' Complaint.

　　　SO ORDERED.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Court

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLE WILLIAMS and<br>CHRIS BELTON,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-1029((JR)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I, John C. Truong, hereby certify that on June 8, 2006, I caused to be served the foregoing **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME** via First Class mail, with postage prepaid, to the *pro se* plaintiffs addressed as follows:

Nicole Williams and Chris Belton
4509 South Capitol St., #101
Washington, D.C. 20032

                                                  ____//s//_____
                                                  John C. Truong