**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NICOLE WILLIAMS and | ) | |
| CHRIS BELTON, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1029((JR) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ECF |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an

extension of time from August 12, 2006, to September 12, 2006, to answer or otherwise respond

to Plaintiffs' Complaint.  Pursuant to Local Rule 7(m), Defendant's counsel conferred with

Plaintiff Nicole Williams and she consented to this Motion.  A scheduling order has not been

entered in this case.

There is good cause for the Court to grant this motion.  This case was originally filed in

the Superior Court of the District of Columbia, Small Claims and Conciliation Branch.  Plaintiffs

seek $3,600.13 in damages as a result of a vehicle collision on Bolling Air Force Base.  See

Small Claims Complaint (Dkt. No. 1).  The action was removed to the District Court on June 5,

2006, and the United States was substituted as the sole defendant.  See Notice of Removal (Dkt.

No. 1).

The undersigned conferred with Ms. Williams and the parties have agreed to engage in

further discussions to resolve this case informally.  In fact, Defendant believes that this case can

be resolved short of any further litigation.  However, Defendant needs an additional 30 days to

obtain the appropriate authority to resolve this case.

Accordingly, Defendant respectfully requests that the Court grant a 30-day extension of

time for Defendant to respond to Plaintiffs' Complaint.


Dated: August 10, 2006.                        Respectfully Submitted,


   /s/  Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/  Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


NICOLE WILLIAMS and ) 
CHRIS BELTON, ) 
 ) 
 ) 
        Plaintiffs, ) 
 ) 
        v. ) Civil Action No.: 06-1029((JR)
 ) 
UNITED STATES OF AMERICA, )        ECF
        Defendant. ) 
_____)


**ORDER GRANTING DEFENDANT'S CONSENT MOTION**
**FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2006, it is

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 12,

2006, to respond to Plaintiffs' Complaint.

SO ORDERED.



_____
U.S. District Court

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NICOLE WILLIAMS and | ) | |
| CHRIS BELTON, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1029((JR) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**


I, John C. Truong, hereby certify that on August 10, 2006, I caused to be served the

foregoing **DEFENDANT'S Consent MOTION FOR AN EXTENSION OF TIME** via First

Class mail, with postage prepaid, to the *pro se* plaintiffs addressed as follows:

Nicole Williams and Chris Belton
4509 South Capitol St.,  #101
Washington, D.C.  20032


_____//s//_____
John C. Truong