UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE WILLIAMS and<br>CHRIS BELTON,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 06-1029((JR)<br>)<br>)      ECF<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for an extension of time from September 12, 2006, to October 12, 2006,[1] to answer or otherwise respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), Defendant's counsel conferred with Plaintiff Nicole Williams and she consented to this Motion. A scheduling order has not been entered in this case.

There is good cause for the Court to grant this motion. This case was originally filed in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch. Plaintiffs seek $3,600.13 in damages as a result of a vehicle collision on Bolling Air Force Base. See Small Claims Complaint (Dkt. No. 1). The action was removed to the District Court on June 5, 2006, and the United States was substituted as the sole defendant. See Notice of Removal (Dkt. No. 1).

---

[1] The undersigned inadvertently miscalendared the deadline as September 14, 2006, to respond to Plaintiffs' Complaint.

1

At present, the parties have agreed in principle to settle the above-captioned action. In fact, Defendant is in the process of preparing a draft settlement agreement memorializing the terms of the settlement. Given that Ms. Nicole Williams and Mr. Chris Belton are prosecuting this case *pro se*, it may require more time than usual to finalize the terms and specific language of the settlement agreement because any exchange of the draft settlement agreement will likely be done by U.S. mail rather than electronic means. The parties have been in contact with each other to discuss the terms of the settlement agreement. Furthermore, additional time is needed because the settlement agreement must undergo supervisory review and approval before it could be consummated. In short, barring unforeseen circumstances, Defendant anticipates that the case will be resolved informally in the next 30 days.

Accordingly, Defendant respectfully requests that the Court grant a 30-day extension of time until October 14, 2006, for Defendant to respond to Plaintiffs' Complaint, if the case is not resolved by that deadline.

Dated: September 14, 2006.                    Respectfully Submitted,

    /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLE WILLIAMS and <br> CHRIS BELTON, <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.: 06-1029((JR) <br> ) <br> )       ECF <br> ) <br> ) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION**
**FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006, it is

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 14, 2006, to respond to Plaintiffs' Complaint.

SO ORDERED.

_____
U.S. District Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE WILLIAMS and <br> CHRIS BELTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.: 06-1029((JR) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, John C. Truong, hereby certify that on September 14, 2006, I caused to be served the foregoing **DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME** via First Class mail, with postage prepaid, to the *pro se* plaintiffs addressed as follows:

Nicole Williams and Chris Belton
4509 South Capitol St.,  #101
Washington, D.C.  20032


\_\_\_\_//s//_____
John C. Truong