# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE WILLIAMS and<br>CHRIS BELTON,<br><br>          Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-1029((JR)<br>)<br>)     ECF<br>)<br>) |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for a two-week extension of time from October 12, 2006, to October 26, 2006, to answer or otherwise respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the parties conferred and *pro se* Plaintiff Nicole Williams consented.

There is good cause for the Court to grant this motion. As explained in Defendant's September 14, 2006 Consent Motion for An Extension of Time, the parties have agreed in principle to settle the above-captioned action. In fact, Defendant sent a copy of the settlement agreement to Plaintiffs for review and signature. Plaintiffs (Ms. Nicole Williams) informed the undersigned that she and her co-plaintiff have signed and mailed the document back to the undersigned early last week. However, to date, the undersigned has not received the signed settlement agreement.

It is possible that the U.S. Attorney's Office mail security screening procedure has

delayed the delivery of the settlement agreement. Specifically, all in-coming mails to the U.S. Attorney's Office must go through a special screening process before being delivered to the Office. Therefore, First Class mails sent to the undersigned's Office may take longer than usual. The undersigned anticipates receiving the signed settlement agreement from Ms. Williams shortly and will file it with the Court soon thereafter.

For the foregoing reasons, Defendant respectfully requests that the Court grant a two-week extension of time until October 26, 2006, for Defendant to respond to Plaintiffs' Complaint, if the case is not resolved by that deadline.

Dated: October 11, 2006.                    Respectfully Submitted,


　　　/s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


　　　/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　　　/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE WILLIAMS and <br> CHRIS BELTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 06-1029((JR) <br> ) <br> )   ECF <br> ) <br> ) |

### ORDER GRANTING DEFENDANT'S MOTION
### FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006, it is

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including October 26, 2006, to respond to Plaintiffs' Complaint.

SO ORDERED.

_____
U.S. District Court


## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICEOLE WILLIAMS and <br> CHRIS BELTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | Civil Action No.: 06-1029((JR) |

### CERTIFICATE OF SERVICE

I, John C. Truong, hereby certify that on October 11, 2006, I caused to be served the foregoing **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME** via First Class mail, with postage prepaid, to the *pro se* plaintiffs addressed as follows:

Nicole Williams and Chris Belton
4509 South Capitol St., #101
Washington, D.C. 20032

_____//s//_____
John C. Truong